DORA M. HUGHS, Respondent, *v.* UNADILLA VALLEY RAILWAY COMPANY et al., Appellants.

EARNEST T. HUGHS, Respondent, *v.* UNADILLA VALLEY RAILWAY COMPANY et al., Appellants.

EMOGENE CRAINE, Respondent, *v.* UNADILLA VALLEY RAILWAY COMPANY et al., Appellants.

CLIFTON CRAINE, Respondent, *v.* UNADILLA VALLEY RAILWAY COMPANY et al., Appellants.

(Argued December 1, 1932; decided December 16, 1932.)

*Warnick J. Kernan* for Unadilla Valley Railway Company, appellant.

*S. W. Brennan* for William L. Chesebro et al., appellants.

*Arthur J. Foley* and *Edward W. Bock* for Dora M. Hughs et al., respondents.

*William L. Burke* for Emogene Craine et al., respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, HUBBS and CROUCH, JJ. KELLOGG and O'BRIEN, JJ., dissent as to the railway company on the ground there is no evidence of the negligence of the railway company.